# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEANDRO LEONEL GONZALEZ, | ) | NO. ED CV 10-1271 GHK (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| YATES, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 9/3, 2010.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE